JASKOEY v. CONSOLIDATED GAS CO. OF NEW YORK.

(Supreme Court, Appellate Term. January 10, 1901.)

WORK BY CONTRACTOR — RIGHT OF INSPECTION — RESERVATION—LIABILITY OF PRINCIPAL.

The reservation by a principal of the right to inspect the work of a contractor as it progresses does not make the principal liable for the acts of the contractor.

Appeal from municipal court, borough of Manhattan.

Action by Stephen Jaskoey, by Frank Jaskoey, his guardian ad litem, against the Consolidated Gas Company of New York. From a judgment in favor of defendant, plaintiff appeals. Affirmed.

Argued before GIEGERICH and O'GORMAN, JJ.

William C. Reddt, for appellant.

David McClure, for respondent.

PER CURIAM. The judgment in this case must be affirmed on the authority of Wodroczka v. Gas Co., 29 Misc. Rep. 637, 61 N. Y. Supp. 186, which arose out of the same occurrence. A principal does not become liable for the acts of his contractor merely because he reserves the right of inspection as the work progresses. Kelly v. Mayor, etc., 11 N. Y. 432.

Judgment affirmed, with costs.